

FILED
AUG 1 5 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| ROGER D. WALDNER, | \* | CIV 10-4056 |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | ORDER |
| | \* | |
| NORTH AMERICAN TRUCK & | \* | |
| TRAILER, INC.; SIOUX FALLS | \* | |
| KENWORTH, INC.; MID-STATES | \* | |
| ACCEPTANCE CORP; CAROLINA | \* | |
| COMMERCIAL TRUCK SALES, LLC; | \* | |
| SIOUX FALLS TRAILER SALES, INC.; | \* | |
| WILLIAM A. RUSH; | \* | |
| KAREN A. RUSH; | \* | |
| FREDERICK C. LOVRIEN, M.D.; | \* | |
| ALLISON BOADE, M.D.; | \* | |
| KATHY WATKINS; | \* | |
| KATHY WILLIAMS; | \* | |
| KAREN SNOW; | \* | |
| MARCY THORMODSGAARD; | \* | |
| KERRY SCHMIDT; | \* | |
| RICHARD V. LONG; | \* | |
| PARLIMAN & PARLIMAN; | \* | |
| CADWELL, SANFORD, DEIBERT | \* | |
| & GARRY; BRETT A. LOVRIEN; | \* | |
| WILLEY, O'BRIEN & HANRAHAN, LC; | \* | |
| RENEE K. HANRAHAN; | \* | |
| BREIT LAW OFFICES PC; | \* | |
| GLENN J. BOOMSMA; | \* | |
| BRENDTRO LAW OFFICE; | \* | |
| ZIMMER, DUNCAN & COLE, LLP; | \* | |
| DANIEL K. BRENDTRO; | \* | |
| RICE & EWINGER; | \* | |
| CURT R. EWINGER; | \* | |
| SUTTON LAW OFFICES; | \* | |
| TERRY SUTTON; | \* | |
| BARON, SAR, GOODWIN, GILL | \* | |
| & LOHR; A. FRANK BARON; | \* | |
| PACCAR, INC.; VOLVO TRUCK | \* | |

| | |
|---|---|
| CORPORATION; UTILITY TRAILER | * |
| MFG..; FISHBACK FINANCIAL | * |
| CORPORATION; FIRST BANK & | * |
| TRUST, formerly First National Bank; | * |
| WALLWORK FINANCIAL | * |
| CORPORATION; WELLS FARGO | * |
| BANK NORTH DAKOTA, NA; | * |
| US BANCORP LEASING AND | * |
| FINANCIAL; EIDE BAILLY, LLP; | * |
| McGLADREY & PULLEN, LLP; | * |
| EAST VANDER WOUDE & GRANT | * |
| CO. PC; THURMANB, COMES, | * |
| FOLEY & CO., LLP; UTILITY | * |
| TRAILER SALES OF CENTRAL | * |
| CALIFORNIA, INC.; | * |
| WARMER TRUCK CENTER OF UTAH; | * |
| JOHN HAUKNECHT, Agent, | * |
| Warner Truck Center of Utah; | * |
| DENTON HABER; | * |
| ACTION CARRIER, INC.; | * |
| MICHAEL L. WALSH; | * |
| WENDY L. WALSH; | * |
| GALLEY W. SMITH; | * |
| BRADLEY HARTKE; | * |
| DOUGLAS HARTKE; | * |
| COMMUNITY BANK AT WINSLOW, | * |
| formerly Winslow-Warren State Bank; | * |
| ROBERT LYVERS; | * |
| TERRI ROSE; | * |
| VAL GUENZLER; | * |
| CHEYANNE DOYLE; | * |
| SCOTT D. WIELE; | * |
| JACK MAKLER; | * |
| MARK FARIS; | * |
| DONALD WEBB; | * |
| PETER HUESER; | * |
| MARK THOMAS GEIS; | * |
| JAMES SKRZYPEK; | * |
| RICHARD D'MARTINI; | * |
| TIMOTHY MUELLER; | * |
| JANE DOES 1-14;  JOHN DOES 1-14; | * |
| ROBERT THOMAS MOORE; and | * |
| A. THOMAS POKELA, | * |

|  | * |
|---|---|
| Defendants. | * |
|  | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's Motion for Leave of Court to File Response to the Reply Motions of Wells Fargo Bank North Dakota, N.A., Wallwork Financial Corporation, and A. Thomas Pokela along with Accompanying Declaration and Exhibits, Doc. 258. After consideration of Plaintiff's Motion, together with the file in this matter,

IT IS ORDERED:

1. That Plaintiff's Motion for Leave of Court to File Response to the Reply Motions of Wells Fargo Bank North Dakota, N.A., Wallwork Financial Corporation, and A. Thomas Pokela along with Accompanying Declaration and Exhibits, Doc. 258, is granted.

2. That Plaintiff's Responses and accompanying declaration and exhibits may be filed and will be considered by the Court.

Dated this 15th day of August, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY _____
DEPUTY